

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2021

No. 04-21-00074-CR

Edwin **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 34900
Honorable Mark Cashion, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 7, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2021.

_____
Michael A. Cruz, Clerk of Court